# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JENNIFER K. MILLER,

    Plaintiff

v.

ANDREW M. SAUL,

    Defendant

CIVIL ACTION NO. 3:19-0221

(JUDGE MANNION)

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Arbuckle, **(Doc. 21)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint appealing the final decision of the Commissioner denying her claim for DIB benefits, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**;

(3) this case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Arbuckle's report; and

(4) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: February 12, 2020

19-0221-01-ORDER.wpd